654 So.2d 127 (1995)
John PALLAS, Petitioner,
v.
STATE of Florida, Respondent.
No. 84006.
Supreme Court of Florida.
May 4, 1995.
Bennett H. Brummer, Public Defender and Manuel Alvarez, Asst. Public Defender, Miami, for petitioner.
Robert A. Butterworth, Atty. Gen., and Michael J. Neimand, Asst. Atty. Gen., and Parker D. Thomson and Carol A. Licko, Sp. Asst. Attys. Gen., Miami, for respondent.
SHAW, Justice.
We have for review Pallas v. State, 636 So.2d 1358 (Fla. 3d DCA 1994), wherein the district court upheld the constitutionality of Florida's anti-stalking statute, section 784.048, Florida Statutes (Supp. 1992). We have jurisdiction. Art. V, § 3(b)(3), Fla. Const.
We have recently upheld the constitutionality of the anti-stalking statute. See Bouters v. State, No. 83,558, ___ So.2d ___ [1995 WL 242403] (Fla. Apr. 27, 1995). Accordingly, we approve the decision in Pallas on this issue.
It is so ordered.
GRIMES, C.J., and OVERTON, HARDING, WELLS and ANSTEAD, JJ., concur.
KOGAN, J., concurs specially with an opinion.
KOGAN, Justice, specially concurring.
With the exception of the reservations that I stated in Bouters v. State, No. 83,558, ___ So.2d ___ [1995 WL 242403] (Fla. Apr. 27, 1995), (Kogan, J., specially concurring), I concur with majority.